UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE C. TAPIA, | ) |
|     Plaintiff, | ) Case No. C04-2086-JPD |
| v. | ) |
| JO ANNE B. BARNHART, | ) ORDER GRANTING ATTORNEY'S |
| *Commissioner of Social Security,* | ) FEE, COSTS, AND EXPENSES |
|     Defendants. | ) |

On September 9, 2005, the Court ordered that this case be remanded for further administrative proceedings. Dkt. No. 16. Parties stipulated to an award of attorney's fee, costs, and expenses. Dkt. No. 18. Having carefully reviewed their Proposed Order and the record, the Court ORDERS that plaintiff's attorney, Anne Kysar, be awarded an attorney's fee of $4,123.07 and expenses for messenger service and postage in the amount of $63.35, under the Equal Access to Justice Act, 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $155.10, pursuant to 28 U.S.C. § 1920 for a total of $4,341.52.

DATED this 29th day of September, 2005.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING ATTORNEY'S FEE,
COSTS, AND EXPENSESPAGE -1